1  Geri N. Kahn (State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   465 California Street, Suite 609
3  San Francisco, CA 94104
   (415) 397-5446
4  (800) 375-5956

5  Attorney for Plaintiff

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

   Sandra Williams,                          Case No. 2:18-cv-02248-EFB
11
           Plaintiff,                         **Stipulation of Extension of Time for Plaintiff to
12                                            file brief in support of Motion for Summary
   vs.                                        Judgment; [~~Proposed~~] Order**
13
   Nancy A. Berryhill, Commissioner of Social
14 Security,

15         Defendant.

16
          Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of
17
   record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's
18
   counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:
19

20      1.    Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines.

21            She has no one else to whom she can delegate the work.  She needs additional time to

22            complete the brief.

23      2.    Plaintiff's counsel has emailed Sharon Lahey, Esq., defendant's counsel.  Ms. Lahey has

24            indicated that she is agreeable to a 60- day extension of time for counsel to prepare her

25            brief.

26      3.    Should the request be granted, Plaintiff's ~~brief~~ motion for summary judgment will be due

27            on July 29, 2019, Defendant's ~~reply brief~~ cross-motion for summary judgment on

28            September 12, 2019, and Plaintiff's optional response brief on October 3, 2019.

Respectfully submitted,

Dated: May 23, 2019                     /s/ Geri N. Kahn
                                        GERI N. KAHN
                                        Attorney for Plaintiff


Dated: May 23, 2019                     /s/ Sharon Lahey
                                        SHARON LAHEY
                                        Special Assistant United States Attorney
                                        (*By email authorization on May 23, 2019)

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated: May 28, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE