Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(800) 375-5956

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sandra Williams,

    Plaintiff,

vs.

Andrew Saul, Commissioner of Social Security,

    Defendant.

Case No. 2:18-cv-2248-EFB

**Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [~~Proposed~~] Order**

    Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has had a death in her family and has been occupied with making funeral arrangements, attending the funeral and settling the estate. She has been unable to complete the brief.

2. Plaintiff's counsel has emailed Carolyn Chen, Esq., defendant's counsel. Ms. Chen has indicated that she is agreeable to a 45- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on September 12, 2019, Defendant's reply brief on October 28, 2019, and Plaintiff's optional response brief on November 18, 2019.

Case No. 2:18-cv-2248-EFB     1

STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Respectfully submitted,

Dated: July 29, 2019                    /s/ Geri N. Kahn
                                        GERI N. KAHN
                                        Attorney for Plaintiff


Dated: July 29, 2019                    /s/ Carolyn Chen
                                        CAROLYN CHEN
                                        Special Assistant United States Attorney
                                        (*By email authorization on May 23, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: July 31, 2019.

                                        Edmund F. Brennan
                                        United States Magistrate Judge