Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(800) 375-5956

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Williams, | Case No. 2:18-cv-02248-EFB |
| Plaintiff, | **Stipulation of 14-Day Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [~~Proposed~~] Order** |
| vs. | |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. It has taken plaintiff's counsel longer than expected to catch up on her work after being out of the office due to the death of a member in her family. She needs a brief continuance to complete the brief. She is aware that she has previously sought extensions of time in this case and does not anticipate any future requests.

2. Plaintiff's counsel has emailed Carolyn Chen, Esq., defendant's counsel. Ms. Chen has indicated that she is agreeable to a 14- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on September 26, 2019, Defendant's reply brief on November 12, 2019, and Plaintiff's optional response brief on December 3, 2019.

Respectfully submitted,

Dated: September 11, 2019 /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: September 11, 2019 /s/ Carolyn Chen
CAROLYN CHEN
Special Assistant United States Attorney
(*By email authorization on September 11, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 12, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Case No. 2:18-cv-02248-EFB 2
STIPULATION OF 14-DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER