MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SANDRA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02248-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 10 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 10 additional days to respond to Plaintiff's opening motion for summary judgment. The current due date is November 12, 2019. The new due date will be November 22, 2019.

      This is Defendant's first request for an extension of time for briefing and the third request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel diligently worked on various district court cases and other substantive non-court matters. During the week of November 4, 2019, Counsel has been sick with a cold that has impacted her ability to address her deadlines. Counsel also has about five other district court

1

briefs scheduled between November 12 to 22, 2019.  She requires additional time to review the record in this case, to evaluate the issues raised in Plaintiff's brief, and to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including November 22, 2019, to ~~respond to Plaintiff's opening brief~~ <span style="color:red">file his cross-motion for summary judgment and opposition to plaintiff's motion</span>.  This request is made in good faith with no intention to unduly delay the proceedings.  Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: November 8, 2019          LAW OFFICE OF GERI N. KAHN

*s/ Geri N. Kahn by C.Chen\**
(As authorized by email on 11/8/2019)
GERI N. KAHN
Attorneys for Plaintiff

Date: November 8, 2019          MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  November 13, 2019.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE